# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| INTELLIGENT MANAGEMENT SOLUTIONS, LLC d/b/a IMS EXPERTSERVICES, 4400 Bayou Boulevard, Suite 6 Pensacola, Florida 32503, | : : : : | CIVIL ACTION NO.: 1:21-cv-00528 |
| Plaintiff, | : | JUDGE: Franklin U. Valderrama |
| v. | : | |
| SAMUEL S. WEISER, 235 North Paulina Street, Suite 235 Chicago, Illinois 60612, | : : | |
| Defendant. | : | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Intelligent Management Solutions, LLC d/b/a IMS ExpertServices ("IMS"), by and through its undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a), hereby files this Notice of Voluntary Dismissal Without Prejudice. All parties agree to this Dismissal Without Prejudice.

_____
Brian P. Henry, Esq., on behalf of Plaintiff


/s/ Samuel S. Weiser *(permission given to Plaintiff's counsel to sign via email 4/28/21)*
_____
Samuel S. Weiser, Defendant

Respectfully submitted,

/s/ Brian P. Henry

Brian P. Henry, Esq. (89069)
ROLFES HENRY CO., LPA
5577 Broadcast Court
Sarasota, Florida  34240
Phone: (941) 684-0100
Fax:     (941) 684-0109
Service: bhenry@rolfeshenry.com
            srainwater@rolfeshenry.com

*Attorney for Plaintiff*
*Intelligent Management Solutions, LLC*

2